In the Matter of: Thomas R. BEATY;
Nancy Z. Beaty, Debtors,

David Selinger, Appellant,

v.

Thomas R. Beaty; et al., Appellees.

No. 08–60027.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 8, 2009.

David Selinger, Oceanside, CA, pro se.

Thomas B. Gorrill, Esquire, San Diego,
CA, for Appellees.

Michael Steres, Escondido, CA, pro se.

Before: SILVERMAN, RAWLINSON,
and CLIFTON, Circuit Judges.

MEMORANDUM **

David Selinger appeals pro se from the
Bankruptcy Appellate Panel's ("BAP") or-
der denying his motion to reopen the time
to file a notice of appeal. We have juris-
diction under 28 U.S.C. § 158(d). We re-
view for abuse of discretion. *Arai v. Am.
Bryce Ranches Inc.,* 316 F.3d 1066, 1069–
70 (9th Cir.2003). We affirm in part and
dismiss in part.

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

The BAP did not abuse its discretion by denying the motion to reopen because Selinger had not established the essential elements of Rule 4(a)(6) of the Federal Rules of Appellate Procedure. *See Nunley v. City of L.A.,* 52 F.3d 792, 796 (9th Cir.1995) (explaining that the movant bears the burden of proving non-receipt of the entry of judgment); *see also Arai,* 316 F.3d at 1069 (holding that Rule 4(a)(6) does not require the court to grant the relief, even if the requirements are met).

To the extent Selinger seeks to appeal other issues, we lack jurisdiction to review them. *See* Fed. R.App. P. 4(a)(1)(A); *Stephanie–Cardona LLC v. Smith's Food & Drug Ctrs., Inc.,* 476 F.3d 701, 703 (9th Cir.2007) ("A timely notice of appeal is a non-waivable jurisdictional requirement.").

Appellees' motion to strike portions of Selinger's opening brief is denied as moot.

**AFFIRMED in part and DISMISSED in part.**